1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   WESTERN DISTRICT OF WASHINGTON

8                              AT SEATTLE

9

10   STEVEN J. BELL,                      )
                                          )
11              Plaintiff,                )   Case No. 2:09-cv-00150-BAT
                                          )
12        vs.                             )   **FED. R. CIV. P. 26(a)(1)**
                                          )   **DISCLOSURES OF DEFENDANT**
13   INDYMAC BANK, FSB; TWIN CAPITAL      )   **TWIN CAPITAL MORTGAGE, INC.**
     MORTGAGE, INC.; FIRST AMERICAN       )
14   TITLE COMPANY; MORTGAGE              )
     ELECTRONIC REGISTRATION SYSTEMS,     )
15   INC.; FIDELITY NATIONAL TITLE        )
     COMPANY; REGIONAL TRUSTEE            )
16   SERVICES CORPORATION; and            )
     DOE DEFENDANTS 1 through 20, inclusive, )
17                                        )
                Defendants.               )
18   _____ )

19

20        Defendant Twin Capital Mortgage, Inc. ("Twin Capital"), provides the following

21   initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1):

22   **I.    Individuals**

23        1.      Jerome Faszer
                  c/o Christopher R. Ambrose
24                Ambrose Law Group LLC
                  200 Buddha Building
25                312 NW 10th Avenue
                  Portland, Oregon  97209-3121
26                503.222.0552

**PAGE 1 - FED. R. CIV. P. 26(a)(1) DISCLOSURES
OF DEFENDANT TWIN CAPITAL MORTGAGE, INC.**

AMBROSE LAW GROUP LLC
ATTORNEYS AT LAW
200 BUDDHA BUILDING
312 NW 10TH AVENUE
PORTLAND, OREGON  97209-3121
TELEPHONE (503) 222-0552
FACSIMILE (503) 222-0984

1      Mr. Faszer is likely to have discoverable information which Twin Capital may use to

2    support its claims and defenses, including, but not limited to, information relating to the

3    subject loan and real estate transactions.

4          2.      Shelly Merid
                   c/o Christopher R. Ambrose
5                  Ambrose Law Group LLC
                   200 Buddha Building
6                  312 NW 10th Avenue
                   Portland, Oregon  97209-3121
7                  503.222.0552

8      Ms. Merid is likely to have discoverable information which Twin Capital may use to

9    support its claims and defenses, including, but not limited to, information relating to the

10    subject loan and real estate transactions.

11
          3.      Steven J. Bell
12                 c/o Melissa A. Huelsman
                   Law Offices of Melissa A. Huelsman
13                 705 Second Avenue, Suite 501
                   Seattle, Washington  98104
14                 206.447.0103

15      Mr. Bell is likely to have discoverable information which Twin Capital may use to

16    support its claims and defenses, including, but not limited to, information relating to the

17    subject loan and real estate transactions.

18          4.      Krista Nakos and Rita Pierson
                   First American Title
19                 6113 NE Cornell Road
                   Hillsboro, Oregon  97124
20                 503.693.7196

21      Ms. Nakos and Ms. Pierson are likely to have discoverable information regarding the

22    loan closing which Twin Capital may use to support its claims and defenses.

23          5.      Sharon Leonard
                   c/o Christopher R. Ambrose
24                 Ambrose Law Group LLC
                   200 Buddha Building
25                 312 NW 10th Avenue
                   Portland, Oregon  97209-3121
26                 503.222.0552

**PAGE 2 - FED. R. CIV. P. 26(a)(1) DISCLOSURES**
**OF DEFENDANT TWIN CAPITAL MORTGAGE, INC.**

I:\91019\7\PL-USDC\00387961.WPD

AMBROSE LAW GROUP LLC
ATTORNEYS AT LAW
200 BUDDHA BUILDING
312 NW 10TH AVENUE
PORTLAND, OREGON  97209-3121
TELEPHONE (503) 222-0552
FACSIMILE (503) 222-0984

1    Ms. Leonard is likely to have discoverable information which Twin Capital may use

2    to support its claims and defenses, including, but not limited to, information relating to the

3    subject loan and real estate transactions.

4    **II.    Documents**

5    1.    Loan File

6    The loan file contains information which Twin Capital may use to support its claims

7    and defenses.  A copy of the loan file is currently located at Ambrose Law Group LLC,

8    200 Buddha Building, 312 NW 10th Avenue, Portland, Oregon 97209-3121, and will be

9    produced upon entry of a stipulated protective order agreed upon between and among

10    the parties.

11    2.    Insurance Agreement

12    All insurance agreements in existence under which an insurance business may be

13    liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse

14    for payments made to satisfy a judgment will be made available for inspection and copying

15    as under Fed. R. Civ. P. 34.

16    **III.    Damages**

17    Twin Capital does not claim any damages with respect to this matter.

18
19    DATED this 24th day of March, 2009.

20    AMBROSE LAW GROUP LLC

21    /s/ Christopher R. Ambrose
     Christopher R. Ambrose, WSBA No. 26237
22    200 Buddha Building
     312 NW 10th Avenue
23    Portland, Oregon  97209-3121
     Email      :  crambrose@ambroselaw.com
24    Telephone :  503.222.0552
     Facsimile  :  503.222.0984
25
     *Attorneys for Defendant Twin Capital Mortgage, Inc.*
26

**PAGE 3 - FED. R. CIV. P. 26(a)(1) DISCLOSURES**
**OF DEFENDANT TWIN CAPITAL MORTGAGE, INC.**

I:\91019\7\PL-USDC\00387961.WPD

AMBROSE LAW GROUP LLC
ATTORNEYS AT LAW
200 BUDDHA BUILDING
312 NW 10TH AVENUE
PORTLAND, OREGON  97209-3121
TELEPHONE (503) 222-0552
FACSIMILE (503) 222-0984

1

**CERTIFICATE OF SERVICE**

2

3          I hereby certify that on March 24, 2009, I electronically filed the foregoing
*FED. R. CIV. P. 26(a)(1) DISCLOSURES OF DEFENDANT TWIN CAPITAL MORTGAGE, INC.*
4    with the Clerk of the Court using the CM/ECF System, which will send notification of such
filing to the following:

5

6          Melissa A. Huelsman (huelsmanlaw@comcast.net)
Law Offices of Melissa A. Huelsman
705 Second Avenue, Suite 501
7          Seattle, Washington  98104
               *Attorney for Plaintiff*

8

9          Douglas L. Davies (david@foster.com)
Laura Marquez-Garrett (marql@foster.com)
Foster Pepper PLLC
10         1111 Third Avenue, Suite 3400
Seattle, Washington  98101-3299
11             *Attorneys for Defendants IndyMac Bank, FSB,*
               *and Mortgage Electronic Registration Systems, Inc.*

12

13         Ann T. Marshall (amarshall@bwmlegal.com)
Erin M. Stines (estines@bwmlegal.com)
Bishop, White & Marshall, P.S.
14         720 Olive Way, Suite 1301
Seattle, Washington  98101-1801
15             *Attorneys for Defendant First American Title Insurance Company*

16         Thomas F. Peterson (tpeterson@sociuslaw.com)
Socius Law Group, PLLC
17         Two Union Square
601 Union Street, Suite 4950
18         Seattle, Washington  98101-3951
               *Attorneys for Defendant Fidelity National Title Company*

19

20         Dated this 24th day of March, 2009.

21

                         AMBROSE LAW GROUP LLC
22
                         /s/ Christopher R. Ambrose
23                       Christopher R. Ambrose, WSBA No. 26237
                         *Attorneys for Defendant*
24                       *Twin Capital Mortgage, Inc.*

25

26

**CERTIFICATE OF SERVICE**

AMBROSE LAW GROUP LLC
ATTORNEYS AT LAW
200 BUDDHA BUILDING
312 NW 10TH AVENUE
PORTLAND, OREGON  97209-3121
TELEPHONE (503) 222-0552
FACSIMILE (503) 222-0984