The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN J. BELL,<br><br>                      Plaintiff,<br><br>    v.<br><br>INDYMAC BANK, FSB; TWIN CAPITAL MORTGAGE, INC., FIRST AMERICAN TITLE COMPANY OF OREGON; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; FIDELITY NATIONAL TITLE COMPANY; REGIONAL TRUSTEE SERVICES CORPORATION; and Doe Defendants 1 through 20, inclusive,<br><br>                      Defendants. | No. 2:09-cv-00150RSL<br><br>ORDER GRANTING JOINT MOTION FOR LEAVE TO HAVE FOSTER PEPPER PLLC WITHDRAW AS COUNSEL AND TO HAVE DOUG DAVIES CONTINUE AS COUNSEL OF RECORD FOR DEFENDANTS |

This matter came before the Court on the Joint Motion For Leave To Have Foster Pepper PLLC Withdraw as Counsel And to Have Doug Davies Continue as Counsel of Record For defendants Indymac Bank, FSB and Mortgage Electronic Registration Systems. The Court has considered the Joint Motion and, good cause having been shown,

IT IS HEREBY ORDERED THAT Foster Pepper, PLLC is GRANTED leave to withdraw as counsel of record for defendants Indymac Bank, FSB and Mortgage Electronic

/
/ /

ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW - 1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

Registration Systems. Douglas L. Davies shall continue as counsel of record for Indymac Bank, FSB and Mortgage Electronic Registration Systems.

DATED this 20th day of October, 2009.

*Robert S. Lasnik*
The Honorable Robert S. Lasnik

Presented by:

**WITHDRAWING ATTORNEYS**

FOSTER PEPPER PLLC

  */s/ Tim J. Filer*
Tim J. Filer, WSBA 16285
Foster Pepper, PLLC
1111 Third Avenue, Suite 3400
Seattle, WA 98101
(206) 447-4400 Phone
(206) 447-9700
filet@foster.com

**Withdrawing Attorneys for Defendants**
**Indymac Bank, FSB and Mortgage**
**Electronic Registration Systems, Inc.**

**SUBSTITUTING ATTORNEYS**

  */s/ Douglas L. Davies*
Douglas L. Davies, WSBA #16750
Attorney at Law
360 Knechtel Way NE, Unit 301
Bainbridge Island, WA 98110
Phone: (206) 310-3080
Email: dougdavies@hotmail.com

**Continuing Attorneys for Defendants**
**Indymac Bank, FSB and Mortgage**
**Electronic Registration Systems, Inc.**

ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW - 2

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700