UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN J. BELL,<br><br>                Plaintiff,<br>     v.<br><br>FEDERAL DEPOSIT INSURANCE<br>CORPORATION, *et al.*,<br><br>                Defendants. | Case No. C09-0150RSL<br><br>ORDER GRANTING LENDER<br>PROCESSING SERVICES, INC.'S<br>MOTION FOR SUMMARY<br>JUDGMENT |

This matter comes before the Court on "Defendant Lender Processing Services, Inc.'s Motion for Summary Judgment." Dkt. # 56. Plaintiff has not opposed defendant's request for judgment and the Court considers such a failure to be "an admission that the motion has merit." Local Civil Rule 7(b)(2). Defendant's motion is therefore GRANTED and plaintiff's claims against Lender Processing Services, Inc., are hereby DISMISSED with prejudice.

Dated this 2nd day of March, 2010.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER GRANTING LENDER PROCESSING SERVICES,
INC.'S MOTION FOR SUMMARY JUDGMENT