|   |   |   |
|---|---|---|
| 1 |   | The Honorable Robert S. Lasnik |
| 2 |   |   |
| 3 |   |   |
| 4 |   |   |
| 5 |   |   |
| 6 | UNITED STATES DISTRICT COURT |   |
| 7 | WESTERN DISTRICT OF WASHINGTON |   |
| 8 | AT SEATTLE |   |
| 9 |   |   |

| | | |
|---|---|---|
| 10 | STEVEN J. BELL, ) | |
| 11 | Plaintiff, ) | Case No. 2:09-cv-00150-RSL |
| 12 | vs. ) ) | **CHRISTOPHER R. AMBROSE'S** |
| 13 | FEDERAL DEPOSIT INSURANCE ) CORPORATION; TWIN CAPITAL ) | **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT** |
| 14 | MORTGAGE, INC.; MORTGAGE ) ELECTRONIC REGISTRATION SYSTEMS, ) | **TWIN CAPITAL MORTGAGE, INC. [LOCAL RULE GR 2(g)]** |
| 15 | INC.; REGIONAL TRUSTEE SERVICES ) CORPORATION; LENDER PROCESSING ) | **NOTED ON MOTION CALENDAR:** |
| 16 | SERVICES, INC.; and DOE DEFENDANTS ) 1 through 20, inclusive, ) | **Thursday, May 13, 2010** |
| 17 | Defendants. ) _____ ) | |
| 18 | | |

19  Pursuant to Local Rule GR 2(g), Christopher R. Ambrose ("Ambrose") hereby moves

20  to withdraw as counsel for defendant Twin Capital Mortgage, Inc. ("Twin Capital"), in

21  the above-entitled action.  This Motion is supported by the attached Declaration of

22  Christopher R. Ambrose.  Twin Capital is an insolvent corporation and is in the process of

23  dissolving.  Trial is currently scheduled in this case for September 13, 2010.  The discovery

24  cutoff is May 16, 2010.  Twin Capital and its corporate counsel have been notified of this

25  Motion and consent to the withdrawal.  All required notices have been provided, as certified

26  by the Declaration of Christopher R. Ambrose filed concurrently herewith.

**PAGE 1 - CHRISTOPHER R. AMBROSE'S MOTION TO WITHDRAW AS COUNSEL FOR TWIN CAPITAL MORTGAGE, INC.**

**AMBROSE LAW GROUP LLC**
ATTORNEYS AT LAW
200 BUDDHA BUILDING
312 NW 10TH AVENUE
PORTLAND, OREGON  97209-3121
TELEPHONE (503) 222-0552
FACSIMILE (503) 222-0984

1     Following entry of the Order Granting this Motion, all future correspondence and
2   Court documents that are intended for Twin Capital should be sent to:

3
            Twin Capital Mortgage, Inc.
            Attention: Darius Mirshahzadeh, President
4             650 Townsend Street, Suite 225
            San Francisco, CA  94103
5             Telephone:   415.568.4501
            Facsimile:    415.651.9024
6             Email:           darius@twinloans.com

7
    DATED this 4th day of May, 2010.
8

9             **AMBROSE LAW GROUP LLC**

10         /s/ Christopher R. Ambrose
            Christopher R. Ambrose, WSBA No. 26237
11            200 Buddha Building
            312 NW 10th Avenue
12            Portland, Oregon  97209-3121
            Email         : crambrose@ambroselaw.com
13            Telephone : 503.222.0552
            Facsimile   : 503.222.0984
14
15             *Attorneys for Defendant Twin Capital Mortgage, Inc.*

16

17

18

19

20

21

22

23

24

25

26

**PAGE 2 - CHRISTOPHER R. AMBROSE'S MOTION TO WITHDRAW AS COUNSEL FOR TWIN CAPITAL MORTGAGE, INC.**

**AMBROSE LAW GROUP LLC**
ATTORNEYS AT LAW
**200 BUDDHA BUILDING**
**312 NW 10TH AVENUE**
PORTLAND, OREGON  97209-3121
TELEPHONE (503) 222-0552
FACSIMILE (503) 222-0984

# CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2010, I electronically filed the foregoing **CHRISTOPHER R. AMBROSE'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT TWIN CAPITAL MORTGAGE, INC.,** with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Melissa A. Huelsman (huelsmanlaw@comcast.net)
Law Offices of Melissa A. Huelsman
705 Second Avenue, Suite 501
Seattle, Washington  98104
   *Attorney for Plaintiff*

Douglas L. Davies (dougdavies@hotmail.com)
Davies Law Group
701 Fifth Avenue, Suite 4200
Seattle, Washington  98104
   *Attorney for Defendants Federal Deposit Insurance Corporation*
   *and Mortgage Electronic Registration Systems, Inc.*

Jennifer Tait (jtait@robinsontait.com)
Nicolas A. Daluiso (ndaluiso@robinsontait.com)
Robinson Tait, P.S.
710 Second Avenue, Suite 710
Seattle, Washington  98104
   *Attorneys for Defendant Regional Trustee Services Corporation*

I further certify that on May 4, 2010, said document was served on the following recipient, by placing a true copy in a postage prepaid envelope addressed to said recipient at the address indicated below, and depositing the envelope in the mails of the United States Postal Service at Portland, Oregon:

Twin Capital Mortgage, Inc.
Attention: Darius Mirshahzadeh, President
650 Townsend Street, Suite 225
San Francisco, CA  94103

DATED this 4th day of May, 2010.

**AMBROSE LAW GROUP LLC**

/s/ Christopher R. Ambrose
Christopher R. Ambrose, WSBA No. 26237
*Attorneys for Defendant Twin Capital Mortgage, Inc.*

**CERTIFICATE OF SERVICE**

AMBROSE LAW GROUP LLC
ATTORNEYS AT LAW
200 BUDDHA BUILDING
312 NW 10TH AVENUE
PORTLAND, OREGON  97209-3121
TELEPHONE (503) 222-0552
FACSIMILE (503) 222-0984