UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
STEVEN J. BELL,                     )
                                    )
            Plaintiff,              )   Case No. C09-0150RSL
                                    )
      v.                            )
                                    )   ORDER DENYING AS MOOT
FEDERAL DEPOSIT INSURANCE           )   FEDERAL DEPOSIT INSURANCE
CORPORATION, *et al.*,              )   CORPORATION'S MOTION FOR
                                    )   SUMMARY JUDGMENT
            Defendants.             )
_____)

This matter comes before the Court on "Defendant Federal Deposit Insurance Corporation's Motion for Summary Judgment Under Fed. R. Civ. P. 56." Dkt. # 64. On July 21, 2010, plaintiff's claims against defendant FDIC were withdrawn and Aurora Loan Services, LLC, and OneWest Bank, F.S.B. were substituted in its place. FDIC's motion for summary judgment is, therefore, DENIED as moot.[1]

Dated this 9th day of August, 2010.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

---

[1] Plaintiff is reminded of his obligation to file an amended complaint and serve the amended pleading on Aurora Loan Services, LLC, and OneWest Bank, F.S.B. See Dkt. # 87.

ORDER DENYING AS MOOT FEDERAL
DEPOSIT INSURANCE CORPORATION'S
MOTION FOR SUMMARY JUDGMENT