# United States District Court

WESTERN DISTRICT OF WASHINGTON

STEVEN J. BELL,

      v.

FEDERAL DEPOSIT INSURANCE
CORPORATION, *et al.*

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-150RSL

__     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

    Judgment is entered in favor of plaintiff and against defendant Twin Capital Mortgage, Inc. in the total amount of $43,203.00

December 13, 2011            William M. McCool
                                                            Clerk

                                                     s/Rhonda Stiles
                                                     By, Deputy Clerk